640 A.2d 291

IN THE MATTER OF STEVEN F. MILLER,
AN ATTORNEY AT LAW.

May 4, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court, recommending that **STEVEN F. MILLER of HACKENSACK,** who was admitted to the bar of this State in 1983, be suspended from the practice of law for a period of three months for his conduct in the handling of three matters, including

violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.4(a) and (b) (failure to communicate and failure to provide necessary information), *RPC* 1.16(d) (failure to return client property when requested), *RPC* 8.1(b) (failure to cooperate with the ethics authorities), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) and *Rule* 1:20–3(f);

And the Disciplinary Review Board further recommending that respondent be examined by a psychiatrist approved by the Office of Attorney Ethics prior to reinstatement and that if reinstated to practice respondent practice under the supervision of a proctor for a period of one year;

And good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **STEVEN F. MILLER** is hereby suspended from practice for a period of three months, effective June 1, 1994; and it is further

ORDERED that prior to submitting an application for reinstatement to practice, respondent submit to an examination by a psychiatrist approved by the Office of Attorney Ethics to determine respondent's fitness to practice law; and it is further

ORDERED that on reinstatement to practice respondent practice under the supervision of a proctor approved by the Office of Attorney Ethics for a period of one year and until the further Order of the Court; and it is further

ORDERED that the decision and recommendation of the Disciplinary Review Board, together with this Order and the full record of the matter, be added as a permanent part of the file of said **STEVEN F. MILLER** as an attorney at law of the State of New Jersey; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended, disbarred or resigned attorneys; and it is further

ORDERED that **STEVEN F. MILLER** reimburse the Ethics Financial Committee for appropriate administrative costs.